IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE SLATKIN                                      :
                                                    :    CIVIL ACTION NO.  02-CV-3104
                    Plaintiff,                      :
                                                    :
        v.                                          :
                                                    :
BAYER CORPORATION;                                  :    ENTRY OF APPEARANCE
BAYER AG;                                           :
GLAXOSMITHKLINE, PLC;                               :
GLAXOSMITHKLINE;                                    :
SMITHKLINE BEECHAM                                  :
                                                    :
                    Defendants.                     :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

        Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____              _____
Hope S. Freiwald                       Aline Fairweather

_____              _____
Alison T. Conn                         Kirstin J. Miller

Dated:  July ___25___, 2002            DECHERT PRICE & RHOADS
                                       4000 Bell Atlantic Tower
                                       1717 Arch Street
                                       Philadelphia, PA  19103-2793
                                       (215) 994-4000